UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA, CASE NO. 24-cv-24095-KMM

Plaintiff,

vs.

CVS PHARMACY, INC., a Foreign Profit Corporation D/B/A Navarro

Defendant.
_______________________________________________/

**NOTICE OF SETTLEMENT**

The parties respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement documents and will file a Notice of Dismissal. As such, the parties request that this Honorable Court allow 45 days to finalize all documents before dismissing the case.

Respectfully submitted,
Adams & Associates, P.A.
Attorney for Plaintiff
6500 Cowpen Road, Suite 101
Miami Lakes, FL 33014
Telephone: 305-824-9800
Facsimile: 305-824-3868
Email: radamslaw7@gmail.com
By: /s/ Richard John Adams, Jr.
Richard John Adams, Jr.
FL Bar No.: 770434